UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
   ROBERT BAKIBINGA                       NO. 1-18-01507 RNO
   CATHERINE BAKIBINGA                CHAPTER 13
   dba ORION DISTRIBUTION

---

CAB EAST, LLC/FORD MOTOR CREDIT COMPANY, LLC
  vs.                                                 Motion for Relief
ROBERT BAKIBINGA, DEBTOR                From Stay
CHARLES DeHART, III, Trustee            Re: **Doc 13**

*EXHIBITS TO MOTION FOR RELIEF FROM STAY*

TO THE CLERK:

    Please file the attached Payment History and Account Statement of CAB East, LLC/Ford Motor Credit Company.

    May 16, 2018

                                                            GERSHMAN LAW OFFICES PC

                                                           Howard Gershman
                                                           610 York Road Ste. 200
                                                           Jenkintown, PA 19046
                                                           215.886.1120
                                                           Fax: 215.886.1118
                                                           howard@gershman-law.com

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Exhibits was served upon the following by first class mail, posted the above date:

    Mr Robert Bakibinga
    Ms. Catherine Bakibinga
    4763 Sweetbriar Drive
    Harrisburg, PA 17111

                                                              Howard Gershman

Account Number: ████751
Primary Customer: **BAKIBINGA, ROBERT P.**

## Vehicle Information

Product Type: **Lease**
Collateral: **2014 FORD EDGE**
Vin Number: ████████████0754
Retail Value: **$0.00**
Wholesale Value: **$0.00**

## Contract Terms

Contract Date: **04/11/2015**
Original Payment Amount: **$383.79**

Term: **38**
Payments Made: **33**
Payments Remaining: **3**
Lease Termination Date: **06/11/2018**

## Pay Detail

Net Balance at Time of Filling: **$1,383.79**
Last Payment Amount: **$231.00**
Last Payment Date: **04/09/2018**
Past Due Date: **03/11/2018**

Past Due Amount: **$894.53**
Total Late Charges Due: **$489.26**
Total Past Due: **$1,383.79**

Acct – 1751
VIN – 754
DOC. 13

- R EFF DATE PRC DATE TRAN DESCRIPTION  TRAN AMOUNT  POST BALANCE
- 04/11/15 04/13/15 7201 LEASE FUNDING  26,371.55  26,755.34
- 04/11/15 04/13/15 7182 FIRST LEASE PMT  383.79  26,755.34
- 04/11/15 04/13/15 7024 EARN TAX  31.69  26,755.34
- 05/10/15 05/11/15 8080 REGULAR PAYMENT  383.79  26,755.34
- 05/10/15 05/11/15 7024 EARN TAX  31.69  26,755.34
- 06/11/15 06/11/15 7024 EARN TAX  31.69  26,755.34
- 06/22/15 06/22/15 7011 FEE ASSESSMENT  28.78  26,755.34
- 07/01/15 07/01/15 8080 REGULAR PAYMENT  180.00  26,755.34
- 07/11/15 07/20/15 7024 EARN TAX  31.69  26,755.34
- 07/19/15 07/20/15 8080 REGULAR PAYMENT  180.00  26,755.34
- 07/21/15 07/21/15 7011 FEE ASSESSMENT  28.78  26,755.34
- 07/29/15 07/29/15 7118 ONLINE PAYMENT  560.00  26,755.34
- 07/29/15 07/29/15 7024 EARN TAX  23.79  26,755.34
- 08/11/15 08/11/15 7024 EARN TAX  7.90  26,755.34
- 08/21/15 08/21/15 7011 FEE ASSESSMENT  28.78  26,755.34
- 09/01/15 09/01/15 7118 ONLINE PAYMENT  180.00  26,755.34
- 09/09/15 09/09/15 7118 ONLINE PAYMENT  60.00  26,755.34
- 09/11/15 09/11/15 7024 EARN TAX  31.69  26,755.34
- 09/21/15 09/21/15 7011 FEE ASSESSMENT  28.78  26,755.34
- 09/25/15 09/25/15 7118 ONLINE PAYMENT  50.00  26,755.34
- 10/01/15 10/01/15 7118 ONLINE PAYMENT  100.00  26,755.34
- 10/11/15 10/09/15 7024 EARN TAX  31.69  26,755.34
- 10/20/15 10/20/15 7118 ONLINE PAYMENT  90.00  26,755.34
- 10/21/15 10/21/15 7011 FEE ASSESSMENT  28.78  26,755.34
- 10/28/15 10/28/15 7118 ONLINE PAYMENT  100.00  26,755.34
- 11/07/15 11/09/15 8080 REGULAR PAYMENT  90.00  26,755.34
- 11/10/15 11/10/15 8010 WAIVE ASSESSED  28.78  26,755.34
- 11/11/15 11/11/15 7024 EARN TAX  31.69  26,755.34
- 11/23/15 11/23/15 7011 FEE ASSESSMENT  28.78  26,755.34
- 11/25/15 11/25/15 7011 FEE ASSESSMENT  230.28  26,755.34
- 11/25/15 11/25/15 7020 DECR TAX EARNED  31.69  26,755.34
- 12/21/15 12/21/15 7011 FEE ASSESSMENT  28.78  26,755.34
- 01/11/16 01/11/16 7024 EARN TAX  31.69  26,755.34
- 01/21/16 01/21/16 7011 FEE ASSESSMENT  28.78  26,755.34
- 02/02/16 02/02/16 7118 ONLINE PAYMENT  350.00  26,755.34
- 02/11/16 02/11/16 7024 EARN TAX  31.69  26,755.34
- 02/22/16 02/22/16 7011 FEE ASSESSMENT  28.78  26,755.34
- 03/01/16 03/01/16 7118 ONLINE PAYMENT  600.00  26,755.34
- 03/11/16 03/11/16 7024 EARN TAX  31.69  26,755.34
- 03/17/16 03/17/16 7118 ONLINE PAYMENT  550.00  26,755.34
- 03/29/16 03/29/16 7118 ONLINE PAYMENT  786.75  26,755.34
- 03/29/16 03/29/16 7024 EARN TAX  82.55  26,755.34

- 06/11/16 06/10/16 7024 EARN TAX         12.52     26,755.34
- 06/21/16 06/21/16 7011 FEE ASSESSMENT   28.78     26,755.34
- 07/11/16 07/11/16 7024 EARN TAX         31.69     26,755.34
- 07/21/16 07/21/16 7011 FEE ASSESSMENT   28.78     26,755.34
- 08/11/16 09/01/16 7024 EARN TAX         31.69     26,755.34
- 08/22/16 09/01/16 7070 MOVE TO NONACCR  75.90     26,755.34
- 08/22/16 09/01/16 7072 INC NON RECVY    75.90     26,755.34
- 08/23/16 08/23/16 8011 FEE ASSESSMENT   350.00    26,755.34
- 08/23/16 09/01/16 7052 DEC NONACC RCVY  75.90     26,755.34
- 08/23/16 09/01/16 7030 RECOVER NONACCR  75.90     26,755.34
- 08/24/16 08/24/16 8080 REGULAR PAYMENT  1,943.00
- 08/24/16 08/29/16 9080 REG PYMT REV     1,943.00
- 08/24/16 08/29/16 8088 LATE CHARGE PMT  230.24    26,755.34
- 08/24/16 08/29/16 8087 FEE PAYMENT      350.00    26,755.34
- 08/24/16 08/29/16 8087 FEE PAYMENT      230.28    26,755.34
- 08/24/16 08/29/16 8080 REGULAR PAYMENT  1,132.48  26,755.34
- 08/24/16 09/01/16 7024 EARN TAX         .28       26,755.34
- 09/11/16 09/09/16 7024 EARN TAX         31.41     26,755.34
- 09/16/16 09/16/16 7118 ONLINE PAYMENT   383.79    26,755.34
- 10/11/16 10/11/16 7024 EARN TAX         31.69     26,755.34
- 10/21/16 10/21/16 7011 FEE ASSESSMENT   28.78     26,755.34
- 10/31/16 10/31/16 7118 ONLINE PAYMENT   340.00    26,755.34
- 11/11/16 11/11/16 7024 EARN TAX         31.69     26,755.34
- 11/18/16 11/18/16 7118 ONLINE PAYMENT   300.00    26,755.34
- 11/21/16 11/21/16 7011 FEE ASSESSMENT   28.78     26,755.34
- 11/22/16 11/22/16 7118 ONLINE PAYMENT   140.00    26,755.34
- 11/22/16 11/22/16 7024 EARN TAX         12.42     26,755.34
- 12/11/16 12/09/16 7024 EARN TAX         19.27     26,755.34
- 12/21/16 12/21/16 7011 FEE ASSESSMENT   28.78     26,755.34
- 12/27/16 12/27/16 7118 ONLINE PAYMENT   380.00    26,755.34
- 01/11/17 01/11/17 7024 EARN TAX         31.69     26,755.34
- 01/23/17 01/23/17 7011 FEE ASSESSMENT   28.78     26,755.34
- 02/06/17 02/06/17 7118 ONLINE PAYMENT   200.00    26,755.34
- 02/11/17 02/10/17 7024 EARN TAX         31.69     26,755.34
- 02/14/17 02/14/17 7118 ONLINE PAYMENT   200.00    26,755.34
- 02/17/17 02/17/17 7118 ONLINE PAYMENT   160.00    26,755.34
- 02/21/17 02/21/17 7011 FEE ASSESSMENT   28.78     26,755.34
- 02/28/17 02/28/17 7118 ONLINE PAYMENT   100.00    26,755.34
- 03/11/17 03/10/17 7024 EARN TAX         31.69     26,755.34
- 03/14/17 03/14/17 7118 ONLINE PAYMENT   150.00    26,755.34
- 03/21/17 03/21/17 7011 FEE ASSESSMENT   28.78     26,755.34
- 04/11/17 04/11/17 7024 EARN TAX         31.69     26,755.34
- 04/14/17 04/14/17 7118 ONLINE PAYMENT   290.00    26,755.34

- 04/21/17 04/21/17 7011 FEE ASSESSMENT     28.78     26,755.34
- 04/27/17 04/27/17 7118 ONLINE PAYMENT    100.00     26,755.34
- 05/11/17 05/31/17 7024 EARN TAX           31.69     26,755.34
- 05/22/17 05/22/17 7118 ONLINE PAYMENT    800.00
- 05/22/17 05/31/17 9080 RETURN - R01      800.00
- 05/22/17 05/31/17 7011 FEE ASSESSMENT     28.78     26,755.34
- 06/02/17 06/02/17 7118 ONLINE PAYMENT    500.00     26,755.34
- 06/11/17 06/09/17 7024 EARN TAX           31.69     26,755.34
- 06/21/17 06/21/17 7118 ONLINE PAYMENT    603.00     26,755.34
- 06/21/17 06/21/17 7024 EARN TAX             .26     26,755.34
- 07/11/17 07/11/17 7024 EARN TAX           31.43     26,755.34
- 07/21/17 07/21/17 7011 FEE ASSESSMENT     28.78     26,755.34
- 08/11/17 08/11/17 7118 ONLINE PAYMENT    350.00     26,755.34
- 08/11/17 08/11/17 7024 EARN TAX           31.69     26,755.34
- 08/21/17 08/21/17 7011 FEE ASSESSMENT     28.78     26,755.34
- 08/22/17 08/22/17 7118 ONLINE PAYMENT    100.00     26,755.34
- 09/06/17 09/06/17 7118 ONLINE PAYMENT    410.00
- 09/06/17 09/14/17 9080 RETURN - R01      410.00
- 09/11/17 09/14/17 7024 EARN TAX           31.69     26,755.34
- 09/21/17 09/21/17 7118 ONLINE PAYMENT    400.00     26,755.34
- 09/21/17 09/21/17 7011 FEE ASSESSMENT     28.78     26,755.34
- 10/10/17 10/10/17 7118 ONLINE PAYMENT    100.00     26,755.34
- 10/11/17 10/11/17 7024 EARN TAX           31.69     26,755.34
- 10/20/17 10/20/17 7118 ONLINE PAYMENT    287.00     26,755.34
- 10/23/17 10/23/17 7011 FEE ASSESSMENT     28.78     26,755.34
- 10/26/17 10/26/17 7118 ONLINE PAYMENT     40.00     26,755.34
- 11/03/17 11/03/17 7118 ONLINE PAYMENT     50.00     26,755.34
- 11/09/17 11/09/17 7118 ONLINE PAYMENT    200.00     26,755.34
- 11/11/17 11/10/17 7024 EARN TAX           31.69     26,755.34
- 11/17/17 11/17/17 7118 ONLINE PAYMENT    113.00     26,755.34
- 11/21/17 11/21/17 7011 FEE ASSESSMENT     28.78     26,755.34
- 11/29/17 11/29/17 7118 ONLINE PAYMENT     30.00     26,755.34
- 12/01/17 12/01/17 7118 ONLINE PAYMENT     30.00     26,755.34
- 12/11/17 12/11/17 7024 EARN TAX           31.69     26,755.34
- 12/12/17 12/12/17 7118 ONLINE PAYMENT     50.00     26,755.34
- 12/15/17 12/15/17 7118 ONLINE PAYMENT    302.00     26,755.34
- 12/21/17 12/21/17 7011 FEE ASSESSMENT     28.78     26,755.34
- 12/22/17 12/22/17 7118 ONLINE PAYMENT      5.00     26,755.34
- 12/28/17 12/28/17 7118 ONLINE PAYMENT     29.00     26,755.34
- 01/11/18 01/11/18 7024 EARN TAX           31.69     26,755.34
- 01/12/18 01/12/18 7118 ONLINE PAYMENT     50.00     26,755.34
- 01/16/18 01/16/18 7118 ONLINE PAYMENT    300.00     26,755.34
- 01/22/18 01/22/18 7118 ONLINE PAYMENT     29.00     26,755.34

- 01/22/18 01/22/18 7011 FEE ASSESSMENT        28.78     26,755.34
- 01/25/18 01/25/18 7118 ONLINE PAYMENT        29.00     26,755.34
- 02/09/18 02/09/18 7118 ONLINE PAYMENT       100.00     26,755.34
- 02/11/18 02/09/18 7024 EARN TAX         31.69     26,755.34
- 02/21/18 02/21/18 7011 FEE ASSESSMENT        28.78     26,755.34
- 02/23/18 02/23/18 7118 ONLINE PAYMENT       285.00     26,755.34
- 02/28/18 02/28/18 7118 ONLINE PAYMENT        29.00     26,755.34
- 03/11/18 03/09/18 7024 EARN TAX         31.69     26,755.34
- 03/15/18 03/15/18 7118 ONLINE PAYMENT       180.00     26,755.34
- 03/21/18 03/21/18 7011 FEE ASSESSMENT        28.78     26,755.34
- 04/09/18 04/09/18 7118 ONLINE PAYMENT       231.00     26,755.34
- 04/11/18 04/25/18 7024 EARN TAX         31.69     26,755.34
- 04/23/18 04/23/18 7118 ONLINE PAYMENT       615.00
- 04/23/18 04/25/18 9080 RETURN - R08      615.00
- 05/11/18 05/11/18 7024 EARN TAX         31.69     26,755.34