UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
ROBERT BAKIBINGA  NO. 1-18-01507 RNO
CATHERINE BAKIBINGA  CHAPTER 13
dba ORION DISTRIBUTION

---

CAB EAST, LLC/FORD MOTOR CREDIT COMPANY, LLC
  vs.  Motion for Relief
ROBERT BAKIBINGA, DEBTOR  From Stay
CHARLES DeHART, III, Trustee  Re: **Doc 14**

*EXHIBITS TO MOTION FOR RELIEF FROM STAY*

TO THE CLERK:

Please file the attached Payment History and Account Statement of CAB East, LLC/Ford Motor Credit Company.

May 16, 2018

GERSHMAN LAW OFFICES PC

_____
Howard Gershman
610 York Road Ste. 200
Jenkintown, PA 19046
215.886.1120
Fax: 215.886.1118
howard@gershman-law.com

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Exhibits was served upon the following by first class mail, posted the above date:

Mr Robert Bakibinga
Ms. Catherine Bakibinga
4763 Sweetbriar Drive
Harrisburg, PA 17111

_____
Howard Gershman

Account Number: ▮▮▮▮7403
Primary Customer: **BAKABINGA, ROBERT P.**

## Vehicle Information

Product Type: **Lease**
Collateral: **2014 FORD EDGE**
Vin Number: ▮▮▮▮▮▮▮▮▮▮▮▮44253
Retail Value: **$0.00**
Wholesale Value: **$0.00**

## Contract Terms

Contract Date: **01/10/2015**  Term: **41**
Original Payment Amount: **$360.20**  Payments Made: **36**
  Payments Remaining: **3**
  Lease Termination Date: **06/10/2018**

## Pay Detail

Net Balance at Time of Filling: **$1,359.52**
Last Payment Amount: **$184.00**
Last Payment Date: **04/09/2018**
Past Due Date: **03/09/2018**

Past Due Amount: **$1,007.00**
Total Late Charges Due: **$352.52**
Total Past Due: **$1,359.52**

Acct - 7403
VIN - 4253
DOC 14

- EFF DATE PRC DATE TRAN DESCRIPTION            TRAN AMOUNT    POST BALANCE
- 01/10/15 01/21/15 7201 LEASE FUNDING          26,099.35      26,459.55
- 01/10/15 01/21/15 7182 FIRST LEASE PMT        360.20         26,459.55
- 01/10/15 01/21/15 7024 EARN TAX               29.74          26,459.55
- 02/09/15 02/09/15 8080 REGULAR PAYMENT        360.20         26,459.55
- 02/09/15 02/09/15 7024 EARN TAX               29.74          26,459.55
- 03/02/15 03/02/15 8080 REGULAR PAYMENT        360.20         26,459.55
- 03/02/15 03/02/15 7024 EARN TAX               29.74          26,459.55
- 04/09/15 04/09/15 7024 EARN TAX               29.74          26,459.55
- 04/16/15 04/16/15 8080 REGULAR PAYMENT        360.20         26,459.55
- 05/09/15 05/08/15 7024 EARN TAX               29.74          26,459.55
- 05/14/15 05/14/15 8080 REGULAR PAYMENT        360.20         26,459.55
- 06/09/15 06/09/15 7024 EARN TAX               29.74          26,459.55
- 06/19/15 06/19/15 7011 FEE ASSESSMENT         27.02          26,459.55
- 07/01/15 07/01/15 8080 REGULAR PAYMENT        180.00         26,459.55
- 07/09/15 07/20/15 7024 EARN TAX               29.74          26,459.55
- 07/19/15 07/20/15 8080 REGULAR PAYMENT        180.00         26,459.55
- 07/20/15 07/20/15 7011 FEE ASSESSMENT         27.02          26,459.55
- 07/29/15 07/29/15 7118 ONLINE PAYMENT         500.00         26,459.55
- 07/29/15 07/29/15 7024 EARN TAX               .20            26,459.55
- 08/09/15 08/07/15 7024 EARN TAX               29.54          26,459.55
- 08/19/15 08/19/15 7011 FEE ASSESSMENT         27.02          26,459.55
- 09/01/15 09/01/15 7118 ONLINE PAYMENT         190.00         26,459.55
- 09/09/15 09/09/15 7118 ONLINE PAYMENT         50.00          26,459.55
- 09/09/15 09/09/15 7024 EARN TAX               29.74          26,459.55
- 09/21/15 09/21/15 7011 FEE ASSESSMENT         27.02          26,459.55
- 09/25/15 09/25/15 7118 ONLINE PAYMENT         50.00          26,459.55
- 10/01/15 10/01/15 7118 ONLINE PAYMENT         100.00         26,459.55
- 10/09/15 10/09/15 7024 EARN TAX               29.74          26,459.55
- 10/19/15 10/19/15 7011 FEE ASSESSMENT         27.02          26,459.55
- 10/20/15 10/20/15 7118 ONLINE PAYMENT         90.00          26,459.55
- 10/28/15 10/28/15 7118 ONLINE PAYMENT         100.00         26,459.55
- 11/07/15 11/09/15 8080 REGULAR PAYMENT        90.00          26,459.55
- 11/09/15 11/09/15 7024 EARN TAX               29.74          26,459.55
- 11/10/15 11/10/15 8010 WAIVE ASSESSED         27.02          26,459.55
- 11/19/15 11/19/15 7011 FEE ASSESSMENT         27.02          26,459.55
- 11/27/15 11/27/15 7011 FEE ASSESSMENT         216.12         26,459.55
- 11/27/15 11/27/15 7020 DECR TAX EARNED        29.74          26,459.55
- 12/21/15 12/21/15 7011 FEE ASSESSMENT         27.02          26,459.55
- 01/09/16 01/08/16 7024 EARN TAX               29.74          26,459.55
- 01/19/16 01/19/16 7011 FEE ASSESSMENT         27.02          26,459.55
- 02/02/16 02/02/16 7118 ONLINE PAYMENT         360.00         26,459.55
- 02/09/16 02/09/16 7024 EARN TAX               29.74          26,459.55

- 02/19/16 02/19/16 7011 FEE ASSESSMENT       27.02     26,459.55
- 03/01/16 03/01/16 7118 ONLINE PAYMENT      600.00     26,459.55
- 03/09/16 03/09/16 7024 EARN TAX             29.74     26,459.55
- 03/17/16 03/17/16 7118 ONLINE PAYMENT      450.00     26,459.55
- 03/29/16 03/29/16 7118 ONLINE PAYMENT      734.08     26,459.55
- 03/29/16 03/29/16 7024 EARN TAX             59.48     26,459.55
- 06/09/16 06/09/16 7024 EARN TAX             29.74     26,459.55
- 06/20/16 06/20/16 7011 FEE ASSESSMENT       27.02     26,459.55
- 07/09/16 07/08/16 7024 EARN TAX             29.74     26,459.55
- 07/19/16 07/19/16 7011 FEE ASSESSMENT       27.02     26,459.55
- 08/09/16 09/01/16 7024 EARN TAX             29.74     26,459.55
- 08/19/16 09/01/16 7011 FEE ASSESSMENT       27.02     26,459.55
- 08/22/16 09/01/16 7070 MOVE TO NONACCR      89.22     26,459.55
- 08/22/16 09/01/16 7072 INC NON RECVY        89.22     26,459.55
- 08/23/16 08/23/16 8011 FEE ASSESSMENT      350.00     26,459.55
- 08/23/16 09/01/16 7052 DEC NONACC RCVY      89.22     26,459.55
- 08/23/16 09/01/16 7030 RECOVER NONACCR      89.22     26,459.55
- 08/24/16 08/24/16 8080 REGULAR PAYMENT    1,872.00
- 08/24/16 08/30/16 9080 REG PYMT REV       1,872.00
- 08/24/16 08/30/16 8088 LATE CHARGE PMT     225.14     26,459.55
- 08/24/16 08/30/16 8087 FEE PAYMENT         350.00     26,459.55
- 08/24/16 08/30/16 8087 FEE PAYMENT         216.12     26,459.55
- 08/24/16 08/30/16 8080 REGULAR PAYMENT   1,080.74     26,459.55
- 09/09/16 09/09/16 7024 EARN TAX             29.74     26,459.55
- 09/14/16 09/14/16 7118 ONLINE PAYMENT      360.06     26,459.55
- 10/09/16 10/07/16 7024 EARN TAX             29.74     26,459.55
- 10/19/16 10/19/16 7011 FEE ASSESSMENT       27.02     26,459.55
- 10/31/16 10/31/16 7118 ONLINE PAYMENT      340.00     26,459.55
- 11/09/16 11/21/16 7024 EARN TAX             29.74     26,459.55
- 11/17/16 11/17/16 7118 ONLINE PAYMENT      350.00
- 11/17/16 11/21/16 9080 RETURN - R02        350.00
- 11/21/16 11/21/16 7011 FEE ASSESSMENT       27.02     26,459.55
- 11/28/16 11/28/16 8010 WAIVE ASSESSED       27.02     26,459.55
- 12/09/16 12/09/16 7024 EARN TAX             29.74     26,459.55
- 12/19/16 12/19/16 7011 FEE ASSESSMENT       27.02     26,459.55
- 12/27/16 12/27/16 7118 ONLINE PAYMENT      650.00     26,459.55
- 01/09/17 01/09/17 7024 EARN TAX             29.74     26,459.55
- 01/19/17 01/19/17 7011 FEE ASSESSMENT       27.02     26,459.55
- 02/06/17 02/06/17 7118 ONLINE PAYMENT      200.00     26,459.55
- 02/09/17 02/09/17 7024 EARN TAX             29.74     26,459.55
- 02/14/17 02/14/17 7118 ONLINE PAYMENT      300.00     26,459.55
- 02/17/17 02/17/17 7118 ONLINE PAYMENT      150.00     26,459.55
- 02/20/17 02/20/17 7011 FEE ASSESSMENT       27.02     26,459.55

- 03/09/17 03/09/17 7024 EARN TAX	29.74	26,459.55
- 03/14/17 03/14/17 7118 ONLINE PAYMENT	150.00	26,459.55
- 03/20/17 03/20/17 7011 FEE ASSESSMENT	27.02	26,459.55
- 04/09/17 04/07/17 7024 EARN TAX	29.74	26,459.55
- 04/14/17 04/14/17 7118 ONLINE PAYMENT	250.00	26,459.55
- 04/19/17 04/19/17 7011 FEE ASSESSMENT	27.02	26,459.55
- 04/27/17 04/27/17 7118 ONLINE PAYMENT	50.00	26,459.55
- 05/05/17 05/05/17 7118 ONLINE PAYMENT	573.00
- 05/05/17 05/15/17 9080 RETURN - R01	573.00
- 05/08/17 05/08/17 8080 REGULAR PAYMENT	300.00	26,459.55
- 05/09/17 05/15/17 7024 EARN TAX	29.74	26,459.55
- 05/19/17 05/19/17 7011 FEE ASSESSMENT	27.02	26,459.55
- 06/02/17 06/02/17 7118 ONLINE PAYMENT	475.00
- 06/02/17 06/12/17 9080 RETURN - R01	475.00
- 06/02/17 06/02/17 8080 REGULAR PAYMENT	280.00	26,459.55
- 06/09/17 06/12/17 7024 EARN TAX	29.74	26,459.55
- 06/16/17 06/16/17 7118 ONLINE PAYMENT	552.00	26,459.55
- 06/16/17 06/16/17 7024 EARN TAX	.40	26,459.55
- 07/09/17 07/07/17 7024 EARN TAX	29.34	26,459.55
- 07/19/17 07/19/17 7011 FEE ASSESSMENT	27.02	26,459.55
- 08/09/17 08/09/17 7024 EARN TAX	29.74	26,459.55
- 08/11/17 08/11/17 7118 ONLINE PAYMENT	300.00	26,459.55
- 08/21/17 08/21/17 7011 FEE ASSESSMENT	27.02	26,459.55
- 08/22/17 08/22/17 7118 ONLINE PAYMENT	100.00	26,459.55
- 09/06/17 09/06/17 7118 ONLINE PAYMENT	420.00	26,459.55
- 09/06/17 09/06/17 7024 EARN TAX	19.80	26,459.55
- 09/09/17 09/08/17 7024 EARN TAX	9.94	26,459.55
- 09/19/17 09/19/17 7011 FEE ASSESSMENT	27.02	26,459.55
- 10/09/17 10/09/17 7024 EARN TAX	29.74	26,459.55
- 10/10/17 10/10/17 7118 ONLINE PAYMENT	50.00	26,459.55
- 10/13/17 10/13/17 7118 ONLINE PAYMENT	205.00	26,459.55
- 10/19/17 10/19/17 7011 FEE ASSESSMENT	27.02	26,459.55
- 10/25/17 10/25/17 7118 ONLINE PAYMENT	40.00	26,459.55
- 11/03/17 11/03/17 7118 ONLINE PAYMENT	50.00	26,459.55
- 11/09/17 11/09/17 7118 ONLINE PAYMENT	200.00	26,459.55
- 11/09/17 11/09/17 7024 EARN TAX	29.74	26,459.55
- 11/17/17 11/17/17 7118 ONLINE PAYMENT	100.00	26,459.55
- 11/20/17 11/20/17 7011 FEE ASSESSMENT	27.02	26,459.55
- 11/29/17 11/29/17 7118 ONLINE PAYMENT	25.00	26,459.55
- 12/01/17 12/01/17 7118 ONLINE PAYMENT	30.00	26,459.55
- 12/09/17 12/08/17 7024 EARN TAX	29.74	26,459.55
- 12/12/17 12/12/17 7118 ONLINE PAYMENT	90.00	26,459.55
- 12/15/17 12/15/17 7118 ONLINE PAYMENT	235.00	26,459.55

- 12/19/17 12/19/17 7011 FEE ASSESSMENT     27.02     26,459.55
- 12/21/17 12/21/17 7118 ONLINE PAYMENT     29.00     26,459.55
- 01/09/18 01/09/18 7024 EARN TAX           29.74     26,459.55
- 01/12/18 01/12/18 7118 ONLINE PAYMENT     300.00    26,459.55
- 01/16/18 01/16/18 7118 ONLINE PAYMENT     52.00     26,459.55
- 01/19/18 01/19/18 7011 FEE ASSESSMENT     27.02     26,459.55
- 01/25/18 01/25/18 7118 ONLINE PAYMENT     20.00     26,459.55
- 02/09/18 02/09/18 7118 ONLINE PAYMENT     100.00    26,459.55
- 02/09/18 02/09/18 7024 EARN TAX           29.74     26,459.55
- 02/19/18 02/19/18 7011 FEE ASSESSMENT     27.02     26,459.55
- 02/23/18 02/23/18 7118 ONLINE PAYMENT     261.00    26,459.55
- 02/28/18 02/28/18 7118 ONLINE PAYMENT     29.00     26,459.55
- 03/09/18 03/09/18 7024 EARN TAX           29.74     26,459.55
- 03/15/18 03/15/18 7118 ONLINE PAYMENT     200.00    26,459.55
- 03/19/18 03/19/18 7011 FEE ASSESSMENT     27.02     26,459.55
- 04/09/18 04/09/18 7118 ONLINE PAYMENT     184.00    26,459.55
- 04/09/18 04/25/18 7024 EARN TAX           29.74     26,459.55
- 04/23/18 04/23/18 7118 ONLINE PAYMENT     652.00
- 04/23/18 04/25/18 9080 RETURN - R08       652.00
- 05/09/18 05/09/18 7024 EARN TAX           29.74     26,459.55