# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    ROBERT BAKIBINGA

    CATHERINE BAKIBINGA

    Dba ORION DISTRIBUTION

CASE NO. 1:18-BK-01507-RNO

CHAPTER 13

---

ROBERT BAKIBINGA, DEBTOR

CHARLES DeHART, III,Trustee

## MOTION/PLEADING FOR TELEPHONIC HEARING

Debtor Robert Bakibinga, hereby respectfully request that this Court allow Robert Bakibinga to appear telephonically and as grounds therefor would show:

On 4/11/2018 this Court set a hearing to be held on 5/24/2018 at 9:00am, due to work related hours i would not be able to leave my place of work, due to prior engagements.

An appearance telephonically by Robert Bakibinga, would not prejudice either party.

Date: 5/21/2018        Respectfully Submitted

BY: 

ROBERT BAKIBINGA Debtor

4793 Sweetbrier drive

Harrisburg PA 17111

Tel: 717-510-4277

FILED
HARRISBURG, PA
2018 MAY 21 PM 3: 58
U.S. BANKRUPTCY COURT
CLERK

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    ROBERT BAKIBINGA
    CATHERINE BAKIBINGA
    Dba ORION DISTRIBUTION

CASE NO. 1:18-BK-01507-RNO
CHAPTER 13

---

ROBERT BAKIBINGA, DEBTOR
CHARLES DeHART, III, Trustee

## NOTICE OF MOTION FOR TELEPHONIC HEARING

NOTICE is hereby given that

Debtor Robert Bakibinga Filled a Request for telephonic hearing in regards to bankruptcy petition filed on :
04/11/2018, Scheduled for hearing on 05/24/2018 9:00 am

Date: 5/21/2018        Respectfully Submitted

BY:

ROBERT BAKIBINGA Debtor
4793 Sweetbrier drive
Harrisburg PA 17111
Tel: 717-510-4277

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
ROBERT BAKIBINGA, DEBTOR
CATHERINE BAKIBINGA DEBTOR
CHARLES DeHART, III, Trustee

: CHAPTER ___13___

: CASE NO. _1_ - _18_ -bk- _01507-RN_

**Debtor(s)**
ROBERT BAKIBINGA, DEBTOR
CHARLES DeHART, III, Trustee

: ADVERSARY NO. ___-___-ap-_____
: (if applicable)

**Plaintiff(s)/Movant(s)**
**vs.**
Howard Gershman, on behalf of Creditor CAB East, LLC/Ford Motor Credit Company, LLC

: Nature of Proceeding: Court Telephone

: Pleading: Motion to Appear Telephonically

**Defendant(s)/Respondent(s)**

: Document #: _____

## CERTIFICATION OF CONCURRENCE FOR TELEPHONIC TESTIMONY VIA COURTCALL

*(Certification must be received at least 2 business days before the scheduled hearing. If a certification cannot be filed timely, leave to provide telephonic testimony must be obtained from the Court.)*

### 1. HEARING INFORMATION

Hearing Type (e.g., Motion to Dismiss, Trial) _Motion to Appear Telephonically_

Hearing Date _5/24/2018_          Hearing Time _09:00AM_

### 2. WITNESSES SCHEDULED TO PROVIDE TELEPHONIC TESTIMONY

Robert Bakibinga

### 3. I hereby certify that all parties participating in the above-described hearing have concurred in the telephonic appearance of the witness(es) set forth in paragraph 2 above.

_5/21/2018_                           _[signature]_

Date                                 Signature of certifying attorney or pro se party

                                     Robert Bakibinga

                                     Name of attorney or pro se party

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ROBERT BAKIBINGA
CATHERINE BAKIBINGA
Dba ORION DISTRIBUTION

CASE NO. 1:18-BK-01507-RNO
CHAPTER 13

ROBERT BAKIBINGA, DEBTOR
CHARLES DeHART, III,Trustee

## PROPOSED ORDER

Upon consideration of Defendant's Motion to Appear Telephonically or Via Video Conference, it is this date 5/21/2018: ORDERED that ROBERT BAKIBINGA be permitted to present his testimony via telephone or video on the hearing date 05/24/2018.

Date: 5/21/2018

Respectfully Submitted

BY:

ROBERT BAKIBINGA Debtor
4793 Sweetbrier drive
Harrisburg PA 17111
Tel: 717-510-4277

**FORM C**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:

**ROBERT BAKIBINGA**
**CATHERINE BAKIBINGA**
**Dba ORION DISTRIBUTION**

)
)
)
)
)
)

**Chapter:** 13

**Case Number:** 1:18-BK-01507-RNO

**DEBTOR(S)**

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on <u>05/21/2018</u>, I served a copy of <u>MOTION FOR TELEPHONIC HEARING</u> on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| U.S BANKRUPTCY COURT RONALD REAGAN FEDERAL BUILDING 228 WALNUT ST. RM 320 HARRISBURG, P.A 17101 | Hand Delivered |
| Howard Gershman, on behalf of Creditor CAB East, LLC/Ford Motor Credit Company, LLC | via email: hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| United States Trustee Charles J. DeHart, III (Trustee) | via email: ustpregion03.ha.ecf@usdoj.gov via email: TWecf@pamd13trustee.com |
| | |
| | |

I certify under penalty of perjury that the foregoing is true and correct.

Date: 5/21/2018

Name: s/ Robert Bakibinga Catherine Bakibinga
*Printed Name of Attorney*
Address: 4793 Sweetbrier driver Harrisburg P.A 17111

Revised: 03/22/05