UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
ROBERT BAKIBINGA
CATHERINE BAKIBINGA
Dba ORION DISTRIBUTION

CASE NO. 1:18-BK-01507-RNO
CHAPTER 13

ROBERT BAKIBINGA, DEBTOR
CHARLES DeHART, III, Trustee

## MOTION/PLEADING FOR TELEPHONIC HEARING

Debtor Robert Bakibinga, hereby respectfully request that this Court allow Robert Bakibinga to appear telephonically and as grounds therefor would show:

On 4/11/2018 this Court set a hearing to be held on 5/24/2018 at 10:00am, due to work related hours i would not be able to leave my place of work, due to prior engagements.

An appearance telephonically by Robert Bakibinga, would not prejudice either party.

Date: 5/21/2018

Respectfully Submitted

BY: [signature]

ROBERT BAKIBINGA Debtor
4793 Sweetbrier drive
Harrisburg PA 17111
Tel: 717-510-4277

FILED
HARRISBURG, PA
2018 MAY 21 PM 3:58
CLERK
U.S. BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
ROBERT BAKIBINGA
CATHERINE BAKIBINGA
Dba ORION DISTRIBUTION

CASE NO. 1:18-BK-01507-RNO
CHAPTER 13

ROBERT BAKIBINGA, DEBTOR
CHARLES DeHART, III, Trustee

## NOTICE OF MOTION FOR TELEPHONIC HEARING

NOTICE is hereby given that

Debtor Robert Bakibinga Filled a Request for telephonic hearing in regards to bankruptcy petition filed on : 04/11/2018, 341 MEETING Scheduled for 05/24/2018 10:00 am

Date: 5/21/2018               Respectfully Submitted

                              BY: [signature]

                              ROBERT BAKIBINGA Debtor
                              4793 Sweetbrier drive
                              Harrisburg PA 17111
                              Tel: 717-510-4277

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    ROBERT BAKIBINGA
    CATHERINE BAKIBINGA
    Dba ORION DISTRIBUTION

CASE NO. 1:18-BK-01507-RNO
CHAPTER 13

ROBERT BAKIBINGA, DEBTOR
CHARLES DeHART, III, Trustee

### PROPOSED ORDER

Upon consideration of Defendant's Motion to Appear Telephonically or Via Video Conference, it is this date 5/21/2018: ORDERED that ROBERT BAKIBINGA be permitted to present his testimony via telephone or video on the hearing date 05/24/2018.

Date: 5/21/2018

Respectfully Submitted

BY: [signature]

ROBERT BAKIBINGA Debtor
4793 Sweetbrier drive
Harrisburg PA 17111
Tel: 717-510-4277

**FORM C**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF:
ROBERT BAKIBINGA )
CATHERINE BAKIBINGA ) Chapter: 13
Dba ORION DISTRIBUTION )
) Case Number: 1:18-BK-01507-RNO
)
DEBTOR(S) )

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on 05/21/2018, I served a copy of MOTION FOR TELEPHONIC HEARING CREDITORS MEETING on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| U.S BANKRUPTCY COURT<br>RONALD REAGAN FEDERAL BUILDING<br>228 WALNUT ST. RM 320<br>HARRISBURG, P.A 17101 | Hand Delivered |
| Joseph R. Baranko, Jr., Esquire, Supr. ID #39124, Attorney<br>St., Ste. 1<br>1620 N. Church St., Ste. 1<br>Hazleton, PA 18201 | VIA EMAIL<br>JOE@SLUSSERLAWFIRM.COM |
| James Warmbrodt, on behalf of Creditor, M&T Bank | via email:<br>bkgroup@kmllawgroup.com |
| United States Trustee<br><br>Charles J. DeHart, III (Trustee) | via email:<br>ustpregion03.ha.ecf@usdoj.gov<br><br>via email:<br>TWecf@pamd13trustee.com |
| Howard Gershman, on behalf of Creditor CAB East, LLC/Ford Motor Credit Company, LLC | via email:<br><br>hg229ecf@gmail.com<br>229ecf@glpoc.comcastbiz.net |

I certify under penalty of perjury that the foregoing is true and correct.

Date: 5/21/2018         Name: s/ Robert Bakibinga Catherine Bakibinga
                        *Printed Name of Attorney*
                        Address: 4793 Sweetbrier driver Harrisburg P.A 17111

Revised: 03/22/05

LOCAL BANKRUPTCY FORM 9074-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
ROBERT BAKIBINGA, DEBTOR
CATHERINE BAKIBINGA DEBTOR
CHARLES DeHART, III, Trustee

CHAPTER __13__

CASE NO. _1_-_18_-bk-_01507-RN_

**Debtor(s)**
ROBERT BAKIBINGA, DEBTOR
CHARLES DeHART, III, Trustee

ADVERSARY NO. __-__-ap-_____
(if applicable)

**Plaintiff(s)/Movant(s)**
vs.
(none)

Nature of Proceeding: Court Telephone

Pleading: Motion to Appear Telephonically

**Defendant(s)/Respondent(s)**

Document #: _____

## CERTIFICATION OF CONCURRENCE FOR TELEPHONIC TESTIMONY VIA COURTCALL

*(Certification must be received at least 2 business days before the scheduled hearing. If a certification cannot be filed timely, leave to provide telephonic testimony must be obtained from the Court.)*

### 1. HEARING INFORMATION

Hearing Type (e.g., Motion to Dismiss, Trial) Motion to Appear Telephonically

Hearing Date 5/24/2018    Hearing Time 10:00 AM

### 2. WITNESSES SCHEDULED TO PROVIDE TELEPHONIC TESTIMONY

Robert Bakibinga

3. I hereby certify that all parties participating in the above-described hearing have concurred in the telephonic appearance of the witness(es) set forth in paragraph 2 above.

5/21/2018

Date

Signature of certifying attorney or pro se party

Robert Bakibinga

Name of attorney or pro se party