```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                            Case No. 18-01507-RNO
Robert Bakibinga                                                  Chapter 13
Catherine Bakibinga
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: BIrving              Page 1 of 1            Date Rcvd: May 22, 2018
                               Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2018.
db/jdb         +Robert Bakibinga,   Catherine Bakibinga,    4793 Sweetbrier Drive,    Harrisburg, PA 17111-3612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Howard   Gershman    on behalf of Creditor   CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
              Howard   Gershman    on behalf of Creditor   Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              James   Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Joseph R. Baranko, Jr.   on behalf of Creditor   Lower Paxton Township Sewer Authority
               josephb@slusserlawfirm.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **ROBERT BAKIBINGA**<br>dba ORION DISTRIBUTION<br>**CATHERINE BAKIBINGA**<br>dba ORION DISTRIBUTION | Chapter: | 13 |
| Debtor(s) | Case No.: | 1-18-bk-01507 RNO |
| **CAB EAST, LLC/FORD MOTOR CREDIT COMPANY, LLC** | | |
| Movant(s) | Document No.: | 27 |
| vs. | | |
| **ROBERT BAKIBINGA**<br>**CHARLES DeHART, III, TRUSTEE** | Nature of Proceeding: | Motion to Appear Telephonically at Motion for Relief from Stay Hearings |
| Respondent(s) | | |

## ORDER

After review of the Debtors' Motion to Appear Telephonically at Motion for Relief from Stay Hearings ("Motion") filed to Docket No. 27, and the Limited Objection to Debtors' Certification of Concurrence for Telephonic Testimony filed to Docket No. 29, pursuant to Local Bankruptcy Rule 9074-1, appearances by pro se debtors are authorized for all matters by using CourtCall, an independent conference call company, it is, therefore,

ORDERED that the Motion is GRANTED and the Debtors may appear at the hearings scheduled for May 24, 2018, at 10:00 a.m., via CourtCall.

Instructions to appear via CourtCall can be found on the Court's website at www.pamb.uscourts.gov under the drop down tab labeled "Filing Without an Attorney" and then

by following the link labeled "Telephonic Court Appearance Information" and following the instructions given under that link.

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (BI)

May 22, 2018

Order – Blank with Parties - Revised 9/17