```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 18-01507-RNO
Robert Bakibinga                                                    Chapter 13
Catherine Bakibinga
        Debtors
## CERTIFICATE OF NOTICE

District/off: 0314-1          User: LyndseyPr          Page 1 of 1          Date Rcvd: May 24, 2018
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
db/jdb        +Robert Bakibinga,   Catherine Bakibinga,   4793 Sweetbrier Drive,   Harrisburg, PA 17111-3612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Howard   Gershman    on behalf of Creditor   CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
              Howard   Gershman    on behalf of Creditor   Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              James   Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Joseph R. Baranko, Jr.   on behalf of Creditor   Lower Paxton Township Sewer Authority
               josephb@slusserlawfirm.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    ROBERT BAKIBINGA                              NO. 1-18-01507 RNO
    CATHERINE BAKIBINGA                        CHAPTER 13
    dba ORION DISTRIBUTION

---

CAB EAST, LLC/FORD MOTOR CREDIT COMPANY, LLC
  vs.                                                     Motion for Relief
ROBERT BAKIBINGA, DEBTOR                  From Stay
CHARLES DeHART, III, Trustee

ORDER GRANTING CAB EAST, LLC/FORD MOTOR CREDIT COMPANY, LLC
RELIEF FROM STAY RE: 2014 FORD EDGE MOTOR VEHICLE

Upon consideration of the Motion of CAB East, LLC/Ford Motor Credit Company, LLC for Relief from Stay, and the Debtors' Answer thereto, after hearing held on May 24, 2018, it is

ORDERED that the Motion is GRANTED and Ford Motor Credit Company, LLC is granted relief from the automatic stays of Bankruptcy Code Sections 362/1301, effective fourteen (14) days from the date of this Order to be free to enforce its *in rem* rights as the **owner and lessor of a 2014 Ford Edge [VIN No...... BB44253]** vehicle leased by Debtor Robert Bakibinga.

Dated:   May 24, 2018                  By the Court,

                                                    */s/ Robert N. Opel II*
                                                    Robert N. Opel, II, Chief Bankruptcy Judge (BI)