```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                      Case No. 18-01507-RNO
Robert Bakibinga                                            Chapter 13
Catherine Bakibinga
        Debtors
                              **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: MMchugh            Page 1 of 2            Date Rcvd: Jun 01, 2018
                              Form ID: pdf010          Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2018.
db/jdb         +Robert Bakibinga,    Catherine Bakibinga,    4793 Sweetbrier Drive,    Harrisburg, PA 17111-3612
5047396        +ASSET RECOVERY SOLUTIONS,     2200 E DEVON AVE STE 200,    DES PLAINES, IL 60018-4501
5060762        +Benedictine University,    5700 College Road,    Lisle IL 60532-0900
5047392        +CEDENCE,    17000 DALLAS PARKWAY SUITE 204,    DALLAS, TX 75248-1940
5047394        +COMCAST CABLE,    PO BOX 3002,    SOUTHEASTERN, PA 19398-3002
5048702       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court:   Ford Motor Credit Company LLC,    Dept. 55953,    PO Box 55000,
                 Detroit, MI 48255-0953)
5047395        +GENERAL REVENUE CORP,    4660 DUKE DR SUITE 300,    MASON, OH 45040-8466
5047401        +KML LAW GROUP,    701 MARKET ST STE 5000,    PHILADELPHIA, PA 19106-1541
5057848        +Lower Paxton Township Sewer Authority,    425 Prince Street, Suite 139,
                 Harrisburg, PA 17109-2892
5047400        +MODERN RECOVERY SOLUTIONS,    300 POPLAR ST,    RICHLAND, PA 17087-9715
5047397        +NAVENT EDUCATION LOAN,    PO BOX 9635,    WILKESBARRE, PA 18773-9635
5052098        +National Collegiate Student Loan Trust 2007-3,    Po Box 4275,    Norcross, GA 30091-4275
5047398        +PERFORMANT RECOVERY,    333 NORTH CANYONS PARKWAY SUITE,    LIVERMORE, CA 94551-9478
5047391        +UNITED COLLECTION BUREAU,    5620 SOUTHWYCK BLVD,    TOLEDO, OH 43614-1501
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5047393        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 01 2018 18:59:49
                 CREDIT COLLECTION SERVICES,    725 CANTON STREET,    NORWOOD, MA 02062-2679
5056812         E-mail/Text: mrdiscen@discover.com Jun 01 2018 18:59:25      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5047399         E-mail/Text: camanagement@mtb.com Jun 01 2018 18:59:29      M AND T BANK,    PO BOX 62182,
                 BALTIMORE, MD 21264
5050216         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 01 2018 19:03:41      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    PO Box 248848,    Oklahoma City, OK 73124-8848
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Lower Paxton Township Sewer Authority,    425 Prince Street, Suite 139,
                 Harrisburg, PA 17109-2892
5048865*      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court:   Ford Motor Credit Company, LLC,    Dept. 55953,    PO BOX 55000,
                 Detroit, MI 48255-0953)
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                            Signature:  /s/Joseph Speetjens

---

                        **CM/ECF NOTICE OF ELECTRONIC FILING**

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Howard Gershman    on behalf of Creditor   CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
              Howard Gershman    on behalf of Creditor   Ford Motor Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Joseph R. Baranko, Jr.    on behalf of Creditor   Lower Paxton Township Sewer Authority
               josephb@slusserlawfirm.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Robert Bakibinga**<br>**dba Orion Distribution**<br>**Catherine Bakibinga**<br>**dba Orion Distribution** | Chapter: 13 |
| Debtor(s) | Case No.: 1:18-bk-01507-RNO |

## ORDER DISMISSING CASE

It appearing that the above-named debtor(s) has/have failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

**Employee Income Records or Certificate of No Payment Advices**

**IT IS HEREBY, ORDERED** that the case of the above-named debtor(s) be and is hereby dismissed. The Trustee hereby is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

May 31, 2018

By the Court,

_Robert N. Opel, II_

Robert N. Opel, II, Chief Bankruptcy Judge (DG)

Order Dismissing Case for Failure to File Req. Docs. - Revised 9/17